FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 21  AM 7:31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH PHILLIP | * | CIVIL ACTION |
| VERSUS | * | NO: 05-3735 |
| BURL CAIN, WARDEN | * | SECTION: "A"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the petition of Joseph Phillip for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DENIED WITH PREJUDICE** as time-barred. Alternatively, the petition is denied on the merits.

New Orleans, Louisiana, this 20th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____